IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR027 |
| v. | : | |
| KESI SPEAR | : | ORDER UNSEALING INDICTMENT |

- - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on February 15, 2012, be unsealed by the Clerk of Courts.

DATE: 2/17/2012

*Timothy S. Black*
Timothy S. Black
United States District Judge