# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,

    Plaintiff,

    v.

Case No. 3:12-cr-27-1

Kesi Spear,

**Judge Timothy S. Black**

    Defendant.

## CRIMINAL MINUTES before
## United States District Judge Timothy S. Black

**Courtroom Deputy:** Mary Rogers
**Court Reporter:** Jodie Perkins, Official Court Reporter
**Date:** 4/12/12 **Time:** Commenced 10:01 a.m. Concluded 10:34 a.m. Total: 33 mins.

**United States Attorney:** Dwight Keller for Brent Tabacchi     **Defendant Attorney:** F. Arthur Mullins

*Court Proceeding:* Change of Plea - Dft Pleads Guilty to: Count 1 of **Superseding Indictment**
                                          (Counts 2-8 remain)

_x_ Counsel present.

_x_ Deft's Counsel moves to withdraw Not Guilty Plea and enter into a Plea of Guilty.
_x_ Dft Pleads Guilty.

_x_ Deft sworn.

_x_ Court questions Deft regarding his competency to enter a plea of guilty.

_x_ Court reviews Defendant's rights regarding: _x_ Consequences of a plea _x_ Restitution _____ Forfeiture
_x_ sentencing under the USSG; _x_ rights to trial; ___ mandatory minimum and _____ right to appeal.
(Waiver of Appellate Rights at ¶ _____ of Plea Agreement)

_x_ Plea Agreement summarized and Statement of Facts read into the record by AUSA Dwight Keller.
_x_ Defendant AFFIRMED Plea/SOF

_x_ 2nd Opportunity for Deft to plead guilty

_x_ Court accepts Deft's Plea and finds the Deft to be adjudged Guilty

_x_ PSI ordered by Court.

_x_ Issue of Bond Reviewed. - Motion for Review of Detention Order. Motion is DENIED.

_x_ Current Detention/Bond Status to remain in effect. - Defendant remanded to the custody of the U.S. Marshal.

**Sentencing set for 7/26/2012 at 2:00 p.m.** Separate Notice will follow.