UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

KESI SPEAR,

    Defendant.

Case: 3:12-cr-27-001

Judge Timothy S. Black

### ORDER GRANTING DEFENDANT'S MOTION FOR BRIEF FURLOUGH TO ATTEND DAUGHTER'S HIGH SCHOOL GRADUATION (Doc. 39)

This case is before the Court on Defendant's unopposed motion to attend her daughter's high school graduation pursuant to 18 U.S.C. § 3145(b). (Doc. 39). Defendant's motion is hereby **GRANTED**.

Ms. Spear is ordered to be released on furlough from the Montgomery County Jail on May 21, 2012 at 3:30 p.m. to her mother, Joyce Childs. Ms. Childs will transport Ms. Spear to and from the Montgomery County Jail.

Ms. Spear shall not consume any alcohol and shall not commit any violation of law while on furlough. Ms. Childs shall return Ms. Spear to the Montgomery County Jail no later than 10:00 p.m. on May 21, 2012.

    **IT IS SO ORDERED.**

Dated: 5/17/12

Timothy S. Black
United States District Judge